908 F.2d 968
 U.S.
v.
Al-Madani (Omar), All African Peoples' Revolutionary Party,
American Indian Movement/ International Indian Treaty
Council, El Portido La Raza Unida, New Afrikan Peoples'
Organization, National Black, United Front, Republic of New
Afrika, Piscataway Indian Nation, Center for Constitutional
Rights, Commission for Racial Justice of United Church of
Christ, National Rainbow Coalition
 NO. 89-5407
 United States Court of Appeals,
Fourth Circuit.
 JUN 21, 1990
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.